| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | RITA LIN (CABN 236220)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102-3495 |
| 7 | Telephone: (415) 436-6511<br>Facsimile: (415) 436-7234<br>E-mail: rita.lin@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 11-377 RS |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE ON |
| v. | ) ) | FORM 12 |
| DETRICK WASHINGTON, | ) ) ) | |
| Defendants. | ) ) | |

Defendant Detrick Washington, by and through his counsel Geoff Hansen, and the government, represented by Assistant United States Attorney Rita Lin (collectively, the "parties") stipulate as follows:

The above-captioned matter is currently scheduled for a status conference on August 8, 2017, at 2:30 p.m., concerning the Form 12 filed June 16, 2017. Mr. Washington is currently being prosecuted by the San Francisco District Attorney's Office for the alleged crime identified in the Form 12. The parties believe that it would make sense to allow that state prosecution to reach resolution before addressing the Form 12. The parties understand from Probation that Mr. Washington has been otherwise compliant with his supervised release conditions while awaiting resolution of his Form 12.

STIP. AND [PROPOSED] ORDER CONTINUING STATUS CONF.
CASE NO. CR 11-377 RS                     1

He is currently on electronic monitoring and home confinement except for work, legal, medical and other approved appointments. The parties therefore jointly request that the status conference be continued to September 26, 2017, at 2:30 p.m. The government has spoken to U.S. Probation Officer Jennifer Hutchings, who has confirmed her availability on that date.

DATED: August 3, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

/s/
RITA F. LIN
Assistant United States Attorney

/s/
GEOFF HANSEN
Counsel for Defendant Detrick Washington

## ORDER

Based on the parties' representations in their stipulation, the Court hereby continues the status conference scheduled for August 8, 2017, at 2:30 p.m., to September 26, 2017, at 2:30 p.m.

IT IS SO ORDERED.

DATED: August 4, 2017

HON. RICHARD SEEBORG
United States District Judge